**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 16-cv-00644-GPG
(**The above civil action number must appear on all future papers
sent to the court in this action.   Failure to include this number
may result in a delay in the consideration of your claims.**)

JOHN A. VIDMAR, JR.

      Plaintiff,

v.

DEPUTY STEWART OF THE WASHINGTON CNTY DENTENTION CENTER,

      Defendant.

---

## ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES

---

On March 17, 2016, Plaintiff John A. Vidmar Jr. submitted a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915, ECF No. 1, to the Court. To the extent that Plaintiff intends to proceed with an action in this Court at this time the instant action has been opened.   Nonetheless, as part of the Court's review pursuant to D.C.COLO.LCivR 8.1(b), the Court has determined that the documents are deficient as described in this Order.   Plaintiff will be directed to cure the following if he wishes to pursue any claims in this Court in this action at this time.   Any papers that Plaintiff files in response to this Order must include the civil action number on this Order.

**28 U.S.C. § 1915 Motion and Affidavit**:

(1) ____        is not submitted
(2) ____        is missing affidavit
(3) __X__       is missing certified copy of prisoner's trust fund statement for the **6-month period immediately preceding** this filing
(4) ____        is missing certificate showing current balance in prison account
(5) ____        is missing required financial information
(6) __X__       is missing authorization to calculate and disburse filing fee payments
(7) ____        is missing an original signature by the prisoner
(8) ____        is not on proper form
(9) ____        names in caption do not match names in caption of complaint, petition or habeas application
(10) ____       other:

**Complaint, Petition or Application**:
(11) __X__      is not submitted
(12) ___        is not on proper form
(13) ____       is missing an original signature by the prisoner
(14) ____       is missing page nos. ____
(15) ____       uses et al. instead of listing all parties in caption
(16) ____       names in caption do not match names in text
(17) ____       addresses must be provided for all defendants/respondents in "Section A. parties" of complaint, petition or habeas application
(18) ____       other:

Accordingly, it is

ORDERED that if Plaintiff desires to proceed with this action at this time he shall cure the deficiencies designated above **within thirty days from the date of this Order**. Any papers that Plaintiff files in response to this Order must include the civil action number on this Order.   It is

FURTHER ORDERED that Plaintiff shall obtain the proper Court-approved form used in filing a prisoner complaint (with the assistance of his case manager or the facility's legal assistant), along with the applicable instructions, at www.cod.uscourts.gov. Plaintiff must use a proper Court-approved form when curing the deficiencies.   It is

FURTHER ORDERED that if Plaintiff fails to cure the designated deficiencies **within thirty days from the date of this Order** the action will be dismissed without further notice.

DATED March 18, 2016, at Denver, Colorado.

BY THE COURT:

 s/ Gordon P. Gallagher
United States Magistrate Judge